# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-301-1

## UNITED STATES OF AMERICA
V.

Judge: TRAUGER

Hearing Date: 5/25/2023

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

ALAN HASSLER

Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Josh Hassler

Defense Attorney(s): Ben Russ

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| Alt 1. | |

| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| Alt 2. | |

COMMENTS:

Plea agreement accepted. Defendant sentenced to time served, 2 years of supervised release, $125 special assessment, and $20,000 fine. Judgment to enter.

Total Time in Court: 10 mins.

Clerk of Court
by: Katheryn Beasley

Reset Form